# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

OBBIE WARD, JR.,
        Plaintiff,

    v.                                       Case No. 10-CV-0862

BRADLEY KELLY,
        Defendants.

## ORDER

Pro se plaintiff Obbie Ward is suing defendant Bradley Kelly, plaintiff's former probation officer, for violations of his rights under 28 U.S.C. § 1983. On January 5, 2012, defendant filed an expedited, non-dispositive motion pursuant to Civil L.R. 7(h) (E.D. Wis.) to compel plaintiff to provide the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and to otherwise respond to defendant's discovery requests. On January 21, 2012, I warned plaintiff that I would grant the motion as unopposed if he failed to file a response to it within 14 days. Failure to file a brief in opposition to a motion is sufficient cause for the court to grant the motion under Civil L.R. 7(d) (E.D. Wis.). Plaintiff has not yet responded to the motion to compel.

**THEREFORE, IT IS ORDERED** that defendant's motion to compel plaintiff's initial disclosures and responses to defendant's discovery requests [DOCKET #15] is **GRANTED**. Plaintiff must provide the mandatory initial disclosures required by Fed. R. Civ. P. 26(a)(1) and respond to defendant's other discovery requests by March 31, 2012. If plaintiff fails to comply with this order, I will dismiss this case for failure to prosecute under Fed. R. Civ. P. 41(b).

Dated at Milwaukee, Wisconsin, this 14th day of February 2012.

                                                       s/_____
                                                      LYNN ADELMAN
                                                      District Judge