# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

OBBIE WARD, JR.,
        Plaintiff,

   v.                                                      Case No. 10-CV-0862

BRADLEY KELLY,
        Defendants.

## ORDER

Pro se plaintiff Obbie Ward is suing defendant Bradley Kelly, plaintiff's former probation officer, for violations of his rights under 28 U.S.C. § 1983. On October 25, 2011, I issued a scheduling order which gave the parties until November 3, 2011 to provide the initial disclosures required by Fed. R. Civ. P. 26(a)(1). On January 5, 2012, defendant notified the court that plaintiff had not provided his initial disclosures and was not responding to other discovery requests. In response, I ordered plaintiff to provide his initial disclosures and respond to defendant's outstanding discovery requests no later than March 31, 2012, and I warned plaintiff that failure to comply with my order would result in dismissal of the case for failure to prosecute. I then extended the cut-off for discovery until 60 days after defendant's receipt of plaintiff's initial disclosures. Neither party has filed anything with the court since my last order.

**THEREFORE, IT IS ORDERED** that the parties shall provide the court with an update on the status of this case by **April 28, 2013**. Specifically, the parties should tell the court whether plaintiff provided his initial disclosures to defendant by March 31, 2012 and whether they have completed discovery.

Dated at Milwaukee, Wisconsin, this 18th day of April 2013.

                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge

2

Case 2:10-cv-00862-LA   Filed 04/18/13   Page 2 of 2   Document 22