# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

OBBIE WARD, JR.,
        Plaintiff,

v.                                       Case No. 10-CV-00862

BRADLEY KELLY,
        Defendant.

## DECISION AND ORDER

Pro se plaintiff Obbie Ward, Jr. brought this action against defendant Bradley Kelly. On July 31, 2013, defendant filed a motion for summary judgment. Plaintiff has not yet responded to this motion. Plaintiff is hereby notified that he has until September 19, 2013 to file a brief in opposition to the motion. If plaintiff fails to file a brief by this deadline, the motion will be granted as unopposed. *See* Civil L.R. 7(d) (E.D. Wis.).

**THEREFORE, IT IS ORDERED** that plaintiff has until September 19, 2013 to file a brief in opposition to defendant's motion for summary judgment.

Dated at Milwaukee, Wisconsin, this 5th day of September, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge